SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURMEET SINGH,<br><br>           Plaintiff,<br><br>           v.<br><br>U.S. Department of Homeland Security;<br>MICHAEL CHERTOFF, Secretary, U.S.<br>Department of Homeland Security; U.S.<br>Citizenship and Immigration Services;<br>EMILIO T. GONZALEZ, Director, U.S.<br>Citizenship and Immigration Services;<br>DAVID N. STILL, District Director, USCIS<br>San Francisco District Office; F. GERARD<br>HEINAUER, Director, USCIS Nebraska Service<br>Center,<br><br>           Defendants. | No. C 07-2202 JCS<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER** |

    Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time within which the defendants must serve their answer to the complaint in the above-entitled action. The defendants will file their answer on or before July 9, 2007.

///

///

Stip. to Extend Time
C 07-2202 JCS

1 | Dated: June 25, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

8 | Date: June 25, 2007

ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   July 5, 2007

JCS
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

Stip. to Extend Time
C 07-2202 JCS