1  Robert B. Jobe (Cal. State Bar #133089)
   LAW OFFICE OF ROBERT B. JOBE
2  550 Kearny St., Ste. 200
   San Francisco, CA 94108
3  Tel:   (415) 956-5513
   Fax:   (415) 840-0308
4  Email: bob@jobelaw.com

5  Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURMEET SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>    Defendants. | No.  C 07-02202 JCS<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this Complaint for Declaratory and Injunctive Relief is limited to plaintiff's request that this Court declare Defendants' denial of immigration benefits arbitrary and capricious. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option

1  Program and that they be excused from participating in the ADR phone conference and any
2  further formal ADR process.
3
4  DATED:    July 20, 2007                    Respectfully submitted,
5
                                                      /s/
6                                              _____
                                               ROBERT B. JOBE
7                                              Law Office of Robert B. Jobe
                                               Attorney for Plaintiff
8
9  DATED:    July 20, 2007                    SCOTT N. SCHOOLS
                                               United States Attorney
10
                                                      /s/
11                                             _____
                                               EDWARD A. OLSEN
12                                             Assistant United States Attorney
                                               Attorneys for Defendants
13
14
                                        **ORDER**
15
       Pursuant to stipulation, IT IS SO ORDERED.
16
17  DATED:  7/24/7                             _____
                                               JOSEPH C. SPERO
18                                             UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
    ADR Exemption Request
28  C 07-02202 JCS                     2