```
Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com
```

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURMEET SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL,<br><br>    Defendants.<br>_____ | No.   C 07-02202 JCS<br><br>**STIPULATION TO RESET BRIEFING SCHEDULE AND ORAL ARGUMENT ON CROSS MOTIONS FOR SUMMARY JUDGMENT; AND [~~PROPOSED~~] ORDER**<br><br>Oral Argument:   November 16, 2007<br>Time:            9:30 a.m. |

Plaintiff, by and through his attorney of record, and Defendants, by and their attorneys of record, hereby stipulate, subject to the approval of the Court, to reset the briefing schedule and oral argument on Cross-Motions for Summary Judgment, currently scheduled on November 16, 2007 at 9:30 a.m., on the following grounds:

1.  Following a Case Management Conference on July 27, 2007, the Court set the following briefing schedule for cross-motions for summary judgement:

Cross-Motions for Summary Judgment:  October 5, 2007

Oppositions to Cross-Motions for Summary Judgment:  October 19, 2007

Replies to Oppositions to Cross-Motions for Summary Judgment:  October 26, 2007

Oral Argument on Cross-Motions for Summary Judgment:  November 16, 2007, at 9:30 a.m.

Stipulation to Reset Briefing Schedule and Oral Argument on
Cross-Motions for Summary Judgment; and [~~Proposed~~] Order
C 07-02202 JCS

2. Defendants are still in the process of compiling and preparing the administrative record for this case, which the parties require to complete their cross-motions.

3. Accordingly, the parties respectfully request that, pursuant to their stipulation, the Court reset the briefing schedule and the oral argument date as follows:

Cross-Motions for Summary Judgment:  November 12, 2007

Oppositions to Cross-Motions for Summary Judgment:  November 26, 2007

Replies to Oppositions to Cross-Motions for Summary Judgment:  December 3, 2007

Oral Argument on Cross-Motions for Summary Judgment:  ~~January 4, 2008~~, at 9:30 a.m.
February 15, 2008 at 9:30 AM

DATED:   October 1, 2007              Respectfully submitted,

/s/
_____
ROBERT B. JOBE[1]
Law Office of Robert B. Jobe
Attorney for Plaintiffs

DATED:   October 1, 2007              SCOTT N. SCHOOLS
United States Attorney

/s/
_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:   10/03/07

JOSEPH S.
United States

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

_____

[1] I, Robert B. Jobe, attest that both Edward Olsen and I have signed this document.

Stipulation to Reset Briefing Schedule and Oral Argument on
Cross-Motions for Summary Judgment; and [Proposed] Order
C 07-02202 JCS                                    2