SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURMEET SINGH, | No. C 07-2202 JCS |
|     Plaintiff, | |
| v. | |
| U.S. Department of Homeland Security; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; U.S. Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; DAVID N. STILL, District Director, USCIS San Francisco District Office; F. GERARD HEINAUER, Director, USCIS Nebraska Service Center, | **STIPULATION TO HOLD CASE IN ABEYANCE; AND [PROPOSED] ORDER** |
|     Defendants. | |

    The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby jointly ask this Court to hold the above-captioned case in abeyance pending a decision by the United States Citizenship and Immigration Services (USCIS), pursuant to 72 Fed. Reg. 9958-01 (March 6, 2007), on whether 8 U.S.C. § 1182(a)(3)(B)(iv)(VI) applies to the support the plaintiff provided, allegedly under duress, to a terrorist organization as described in 8 U.S.C. § 1182(a)(3)(B)(vi)(III).

    1. The plaintiff is a native and citizen of India who entered the United States on September 11,

STIPULATION TO HOLD CASE IN ABEYANCE
C 07-2202 JCS

1998, as a visitor for business.

2. On March 22, 1999, the plaintiff filed a Form I-589 application for asylum with USCIS, and an Immigration Judge in San Francisco granted that application.

3. After receiving his grant of asylum by the Immigration Judge, the plaintiff filed an I-485 application with USCIS, pursuant to 8 U.S.C. § 1159, to adjust his status to lawful permanent resident (commonly referred to as a "green card" holder) on February 13, 2004.

4. In addition, on April 4, 2003, the plaintiff filed Form I-730 petitions at the Nebraska Service Center on behalf of his spouse, step-son, and so, pursuant to 8 U.S.C. § 1158(b)(3) (stating that an alien granted asylum may file a petition seeking to confer derivative asylum status upon a spouse or child under 8 U.S.C. § 1158(b)(3)).

5. The USCIS denied the plaintiff's I-485 application on March 9, 2007, for two reasons. First, the USCIS found that the plaintiff had not fulfilled the statutory requirements for eligibility under 8 U.S.C. § 1159(b), because he had provided material support to members of the Khalistan Liberation Force. Second, the USCIS denied the plaintiff's I-485 application in the exercise of its discretion.

6. The USCIS denied the plaintiff's I-730 petitions in the exercise of discretion on March 9, 2007, and April 11, 2007, based on the agency's finding that because plaintiff has been denied adjustment of status, and he is wanted on an arrest warrant involving unresolved allegations of violent crimes, it would not be in the best interests of the United States to permit plaintiff to create additional ties to the United States by bringing his derivative spouse and children here.

7. The plaintiff filed an action in this Court on April 23, 2007, seeking review of the decisions by USCIS to deny his Form I-485 application for adjustment of status and the Form I-730 petitions that the plaintiff filed on behalf of his wife, step-son, and son.

8. Pursuant to a stipulation signed by this Court on October 3, 2007, the parties agreed to file cross-motions for summary judgment by November 12, 2007; to file cross-oppositions by November 26, 2007; to file cross-replies by December 3, 2007; and to participate in a hearing on February 15, 2008.

9. The parties have agreed that USCIS will *sua sponte* reopen the I-485 and I-730 proceedings

STIPULATION TO HOLD CASE IN ABEYANCE
C 07-2202 JCS

to address whether, pursuant to 72 Fed. Reg. 9958-01 (March 6, 2007), 8 U.S.C. § 1182(a)(3)(B)(iv)(VI) applies to the support the plaintiff provided, allegedly under duress, to a terrorist organization as described in 8 U.S.C. § 1182(a)(3)(B)(vi)(III).

10. The USCIS will *sua sponte* reopen the I-485 application and the I-730 petitions within 10 days of the date the Court signs the parties' stipulation to hold this case in abeyance.

11. The plaintiff will then have 33 days to submit whatever materials and legal argument he wishes to USCIS in support of his application for adjustment of status (Form I-485 application) and asylee petitions (I-730 petitions).

12. Upon receipt of the plaintiff's submission, the USCIS will have 60 days to issue a decision on the I-485 application and the I-730 petitions.

13. Upon issuance of the USCIS' decision on the *sua sponte* motion to reopen, the parties will submit a status report and/or a briefing schedule, with a proposed hearing date.

Accordingly, the parties jointly ask this Court to vacate the briefing schedule and hearing date, and hold this case briefly in abeyance pending decisions by USCIS on the plaintiff's I-485 application and I-730 petitions.

Dated: November 13, 2007                    Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                              /s/
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Defendants



Dated: November 13, 2007                      /s/
                                            ROBERT B. JOBE
                                            Law Offices of Robert B. Jobe
                                            Attorney for Plaintiff




STIPULATION TO HOLD CASE IN ABEYANCE
C 07-2202 JCS

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 11/14/07

_____
JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION TO HOLD CASE IN ABEYANCE
C 07-2202 JCS