Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:  (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURMEET SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL,<br><br>    Defendants. | No.   C 07-02202 JCS<br><br>**STIPULATION TO EXTEND DATES;**<br>**[PROPOSED] ORDER** |

       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

       1.     The plaintiff filed an action in this Court on April 23, 2007, seeking review of the decisions by the U.S. Citizenship and Immigration Services ("USCIS") to deny his Form I-485 application for adjustment of status and the Form I-730 petitions that the plaintiff filed on behalf of his wife, step-son, and son.

       2.     Pursuant to a stipulation signed by this Court on October 3, 2007, the parties agreed to file cross-motions for summary judgment by November 12, 2007; to file cross-oppositions by November 26, 2007; to file cross-replies by December 3, 2007; and to participate in a hearing on February 15, 2008.

       3.     The parties agreed that USCIS will *sua sponte* reopen the I-485 and I-730 proceedings to address whether, pursuant to 72 Fed. Reg. 9958-01 (March 6, 2007), 8 U.S.C. § 1182(a)(3)(B)(iv)(VI) applies to the support the plaintiff provided, allegedly under duress, to a

Stipulation to Extend Date; [Proposed] Order
C 07-02202 JCS

terrorist organization as described in 8 U.S.C. § 1182(a)(3)(B)(vi)(III).

4. USCIS *sua sponte* reopened the I-485 application and the I-730 petitions on January 29, 2008 and provided the plaintiff 87 days to submit whatever materials and legal argument he wishes to USCIS in support of his application for adjustment of status (Form I-485 application) and asylee petitions (I-730 petitions). Plaintiff is currently preparing his submission.

5. Accordingly, in order to allow sufficient time for Plaintiff to file his response, and for Defendants to issue their decision, the parties respectfully request that, pursuant to their stipulation, the Court extend the date of the Case Management Conference until May 23, 2008 at 1:30 p.m. and set May 16, 2008 as the deadline for filing an updated joint case management statement.

DATED: March 21, 2008                Respectfully submitted,


_____
ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorney for Plaintiff

DATED: March 21, 2008                SCOTT N. SCHOOLS
United States Attorney


_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Stipulation to Extend Date; [Proposed] Order
C 07-02202 JCS                          2

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the Case Management Conference be reset to May 23, 2008 at 1:30 p.m. and an updated joint case management conference statement shall be due by May 16, 2008.

IT IS SO ORDERED.

DATED: March 24, 2008



_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Stipulation to Extend Date; [~~Proposed~~] Order
C 07-02202 JCS          3