▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7
Attorneys for Defendants
8

**FILED**
JUN 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURMEET SINGH,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>U.S. Department of Homeland Security;<br>MICHAEL CHERTOFF, Secretary, U.S.<br>Department of Homeland Security; U.S.<br>Citizenship and Immigration Services;<br>EMILIO T. GONZALEZ, Director, U.S.<br>Citizenship and Immigration Services;<br>DAVID N. STILL, District Director, USCIS<br>San Francisco District Office; F. GERARD<br>HEINAUER, Director, USCIS Nebraska Service<br>Center,<br><br>　　　　Defendants. | No. C 07-2202 JCS<br><br>**STIPULATION TO HOLD CASE IN ABEYANCE; AND [~~PROPOSED~~] ORDER** |

　　The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby jointly ask this Court to once again extend the date of the case management conference, currently scheduled for June 6, 2008, by approximately 30 days in light of the following:

　　1. The plaintiff is a native and citizen of India who entered the United States on September 11, 1998, as a visitor for business.

　　2. On March 22, 1999, the plaintiff filed a Form I-589 application for asylum with USCIS, and

STIPULATION TO EXTEND DATE OF CMC
C 07-2202 JCS

1. an Immigration Judge in San Francisco granted that application.

3. After receiving his grant of asylum by the Immigration Judge, the plaintiff filed an I-485 application with USCIS, pursuant to 8 U.S.C. § 1159, to adjust his status to lawful permanent resident (commonly referred to as a "green card" holder) on February 13, 2004.

4. In addition, on April 4, 2003, the plaintiff filed Form I-730 petitions at the Nebraska Service Center on behalf of his spouse, step-son, and so, pursuant to 8 U.S.C. § 1158(b)(3) (stating that an alien granted asylum may file a petition seeking to confer derivative asylum status upon a spouse or child under 8 U.S.C. § 1158(b)(3)).

5. The USCIS denied the plaintiff's I-485 application on March 9, 2007, for two reasons. First, the USCIS found that the plaintiff had not fulfilled the statutory requirements for eligibility under 8 U.S.C. § 1159(b), because he had provided material support to members of the Khalistan Liberation Force. Second, the USCIS denied the plaintiff's I-485 application in the exercise of its discretion.

6. The USCIS denied the plaintiff's I-730 petitions in the exercise of discretion on March 9, 2007, and April 11, 2007, based on the agency's finding that because plaintiff had been denied adjustment of status, and he is wanted on an arrest warrant involving unresolved allegations of violent crimes, it would not be in the best interests of the United States to permit plaintiff to create additional ties to the United States by bringing his derivative spouse and children here.

7. The plaintiff filed an action in this Court on April 23, 2007, seeking review of the decisions by USCIS to deny his Form I-485 application for adjustment of status and the Form I-730 petitions that the plaintiff filed on behalf of his wife, step-son, and son.

8. Pursuant to a stipulation signed by this Court on October 3, 2007, the parties agreed to file cross-motions for summary judgment by November 12, 2007; to file cross-oppositions by November 26, 2007; to file cross-replies by December 3, 2007; and to participate in a hearing on February 15, 2008.

9. On November 13, 2007, the parties filed a stipulation, pursuant to which USCIS agreed to *sua sponte* reopen the I-485 and I-730 proceedings to address whether, pursuant to 72 Fed. Reg. 9958-01 (March 6, 2007), 8 U.S.C. § 1182(a)(3)(B)(iv)(VI) applies to the support the plaintiff

STIPULATION TO EXTEND DATE OF CMC
C 07-2202 JCS

1  provided, allegedly under duress, to a terrorist organization as described in 8 U.S.C. §
2  1182(a)(3)(B)(vi)(III). This court signed the parties stipulation and the case was held in abeyance.
3      10. The USCIS has re-opened the I-485 and I-730 proceedings and the plaintiff has submitted
4  materials and legal argument in support of his application for adjustment of status (Form I-485
5  application) and asylee petitions (I-730 petitions).
6      11. Although USCIS expected to issue a decision within 60 days of receipt of the plaintiff's
7  materials and legal argument, USCIS has not yet done so. However, USCIS is committed to
8  issuing a decision within 30 days.
9      Accordingly, the parties jointly ask this Court to vacate the case management conference,
10 currently scheduled for June 6, 2008, and to re-schedule a case management conference for **July
11 22, 2008**.

12

13 Dated: May 30, 2008                         Respectfully submitted,

14                                             JOSEPH P. RUSSONIELLO
                                               United States Attorney
15

16                                                    /s/
                                               EDWARD A. OLSEN
17                                             Assistant United States Attorney
                                               Attorneys for Defendants
18

19

20 Dated: May 30, 2008                                /s/
                                               ROBERT B. JOBE
21                                             Law Offices of Robert B. Jobe
                                               Attorney for Plaintiff
22

23
                                    **ORDER**
24
       Pursuant to stipulation, IT IS SO ORDERED.
25

26
   Dated: 6/2/08
27                                             _____
                                               JOSEPH C. SPERO
28                                             United States Magistrate Judge

STIPULATION TO EXTEND DATE OF CMC
C 07-2202 JCS