1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

7

Attorneys for Defendants

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | GURMEET SINGH,                              ) No. C 07-2202 JCS
                                               )
13 |                    Plaintiff,              )
                                               )
14 |          v.                                )
                                               )
15 | U.S. Department of Homeland Security;      ) **STIPULATION TO EXTEND DATE OF**
MICHAEL CHERTOFF, Secretary, U.S.              ) **CASE MANAGEMENT CONFERENCE;**
16 | Department of Homeland Security; U.S.       ) **AND [PROPOSED] ORDER**
Citizenship and Immigration Services;          )
17 | EMILIO T. GONZALEZ, Director, U.S.          )
Citizenship and Immigration Services;          )
18 | DAVID N. STILL, District Director, USCIS    )
San Francisco District Office; F. GERARD       )
19 | HEINAUER, Director, USCIS Nebraska Service )
Center,                                        )
20 |                                            )
                   Defendants.                 )
21 | _____

22 |      The plaintiff, by and through his attorney of record, and defendants, by and through their

23 | attorneys of record, hereby jointly ask this Court to once again extend the date of the case

24 | management conference, currently scheduled for July 25, 2008, by approximately 30 days in light

25 | of the following:

26 |      1.  The plaintiff is a native and citizen of India who entered the United States on September 11,

27 | 1998, as a visitor for business.

28 |      2.  On March 22, 1999, the plaintiff filed a Form I-589 application for asylum with USCIS, and

STIPULATION TO EXTEND DATE OF CMC
C 07-2202 JCS

1    an Immigration Judge in San Francisco granted that application.

2       3.  After receiving his grant of asylum by the Immigration Judge, the plaintiff filed an I-485

3    application with USCIS, pursuant to 8 U.S.C. § 1159, to adjust his status to lawful permanent

4    resident (commonly referred to as a "green card" holder) on February 13, 2004.

5       4.  In addition, on April 4, 2003, the plaintiff filed Form I-730 petitions at the Nebraska

6    Service Center on behalf of his spouse, step-son, and so, pursuant to 8 U.S.C. § 1158(b)(3) (stating

7    that an alien granted asylum may file a petition seeking to confer derivative asylum status upon a

8    spouse or child under 8 U.S.C. § 1158(b)(3)).

9       5.  The USCIS denied the plaintiff's I-485 application on March 9, 2007, for two reasons.

10   First, the USCIS found that the plaintiff had not fulfilled the statutory requirements for eligibility

11   under 8 U.S.C. § 1159(b), because he had provided material support to members of the Khalistan

12   Liberation Force.  Second, the USCIS denied the plaintiff's I-485 application in the exercise of its

13   discretion.

14      6.  The USCIS denied the plaintiff's I-730 petitions in the exercise of discretion on March 9,

15   2007, and April 11, 2007, based on the agency's finding that because plaintiff had been denied

16   adjustment of status, and he is wanted on an arrest warrant involving unresolved allegations of

17   violent crimes, it would not be in the best interests of the United States to permit plaintiff to create

18   additional ties to the United States by bringing his derivative spouse and children here.

19      7.  The plaintiff filed an action in this Court on April 23, 2007, seeking review of the decisions

20   by USCIS to deny his Form I-485 application for adjustment of status and the Form I-730 petitions

21   that the plaintiff filed on behalf of his wife, step-son, and son.

22      8.  Pursuant to a stipulation signed by this Court on October 3, 2007, the parties agreed to file

23   cross-motions for summary judgment by November 12, 2007; to file cross-oppositions by

24   November 26, 2007; to file cross-replies by December 3, 2007; and to participate in a hearing on

25   February 15, 2008.

26      9.  On November 13, 2007, the parties filed a stipulation, pursuant to which USCIS agreed to

27   *sua sponte* reopen the I-485 and I-730 proceedings to address whether, pursuant to 72 Fed. Reg.

28   9958-01 (March 6, 2007), 8 U.S.C. § 1182(a)(3)(B)(iv)(VI) applies to the support the plaintiff

STIPULATION TO EXTEND DATE OF CMC
C 07-2202 JCS

1  provided, allegedly under duress, to a terrorist organization as described in 8 U.S.C. §

2  1182(a)(3)(B)(vi)(III).  This court signed the parties stipulation and the case was held in abeyance.

3      10.  The USCIS has re-opened the I-485 and I-730 proceedings and the plaintiff has submitted

4  materials and legal argument in support of his application for adjustment of status (Form I-485

5  application) and asylee petitions (I-730 petitions).

6      11.  Although USCIS expected to issue a decision within 60 days of receipt of the plaintiff's

7  materials and legal argument, USCIS has not been able to do so.

8      12.  On June 2, 2008, this Court granted the parties' stipulation to extend the date of the case

9  management conference, then scheduled for June 6, 2008, to July 25, 2008, on the ground that

10  USCIS was committed to issuing a decision within 30 days.

11      13.  Because USCIS is still considering whether to approve or deny the I-485 and/or I-730

12  petitions, the parties ask this Court to once again extend the case management conference, this

13  time until August 22, 2008, at 1:30 p.m.

14      14.  The parties recognize that they have filed multiple stipulations to extend in this case and

15  appreciate the Court's patience in this matter.

16      Accordingly, the parties jointly ask this Court to vacate the case management conference,

17  currently scheduled for July 25, 2008, and to re-schedule a case management conference for

18  **August 22, 2008**.

19

20  Dated:  July 18, 2008                                  Respectfully submitted,

21                                                         JOSEPH P. RUSSONIELLO
                                                           United States Attorney
22

23                                                             /s/
                                                           EDWARD A. OLSEN
24                                                         Assistant United States Attorney
                                                           Attorneys for Defendants
25

26
    Dated:  July 18, 2008                                      /s/
27                                                         ROBERT B. JOBE
                                                           Law Offices of Robert B. Jobe
28                                                         Attorney for Plaintiff

STIPULATION TO EXTEND DATE OF CMC
C 07-2202 JCS

1

2                                    **ORDER**

3        Pursuant to stipulation, IT IS SO ORDERED.

4

5     Dated:   7/21/08

6                                           JOSEPH C. SPERO
                                            United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DATE OF CMC
C 07-2202 JCS